

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8418 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Victor Alfonso MANZO-Hernandez | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 12, 2008, within the Southern District of California, defendant Victor Alfonso MANZO-Hernandez did knowingly and intentionally import approximately 14.52 kilograms (31.94 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Timothy L. Henderson
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 14th DAY OF MAY, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
          v.
Victor Alfonso MANZO-Hernandez

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Timothy L. Henderson.

On May 12, 2008, Victor Alfonso MANZO-Hernandez entered the United States at the Calexico, California West Port of Entry. MANZO was the driver of a Honda passenger car. The Honda was registered MANZO's name. Customs and Border Protection Officer (CBPO) J. Carp received a negative Customs declaration from MANZO. CBPO Carp referred MANZO for secondary inspection.

Once in secondary, CBPO S. Felix continued the inspection of MANZO and the Honda. CBPO Felix received a second negative Customs declaration from MANZO. A search of the Honda resulted in the recovery of 13 packages containing a white powdery substance. A sample of the powder field-tested positive for cocaine. The total weight of the packages was 14.52 kilograms.

Special Agent (S/A) Timothy Henderson interviewed MANZO. CBPO O. Oceguera read MANZO his constitutional rights per Miranda in Spanish. MANZO orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

MANZO stated that he had been told that marijuana would be in the Honda. MANZO said that he would be paid to cross the Honda into the United States.