```
                                                    FILED
                                              08 MAY 28 PM 3:05
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 1725 JAH |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; |
| VICTOR ALFONSO MANZO-HERNANDEZ, ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with |
| Defendant. ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about May 12, 2008, within the Southern District of California, defendant VICTOR ALFONSO MANZO-HERNANDEZ did knowingly and intentionally import 5 kilograms and more, to wit: approximately 14.52 kilograms (31.94 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CJB:em:Imperial
5/22/08

<u>Count 2</u>

On or about May 12, 2008, within the Southern District of California, defendant VICTOR ALFONSO MANZO-HERNANDEZ did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 14.52 kilograms (31.94 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 28, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney