```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTINA M. McCALL
    Assistant U.S. Attorney
 3  California State Bar No. 234139
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6760/(619)557-6741 (Fax)
    E-mail: Christina.McCall@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10  UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1725-JAH |
|  | ) |  |
| 11                         Plaintiff, | ) | NOTICE OF APPEARANCE |
|  | ) |  |
| 12          v. | ) |  |
|  | ) |  |
| 13  VICTOR ALFONSO MANZO-HERNANDEZ, | ) |  |
|  | ) |  |
| 14  | ) |  |
|  | ) |  |
| 15                         Defendant. | |  |

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19      I certify that I am admitted to practice in this court or authorized to practice under CivLR
20  83.3.c.3-4.

21      The following government attorneys (who are admitted to practice in this court or authorized
22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead
23  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to
24  activity in this case:

25      <u>Name</u> (If none, enter "None" below)

|   |   |
|---|---|
| 1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should |
| 2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic |
| 3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this |
| 4 | association): |

<u>Name</u> (If none, enter "None" below)

Please call me if you have any questions about this notice.

DATED: June 4, 2008

                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                  United States Attorney

                                  s/Christina M. McCall
                                  _____
                                  CHRISTINA M. McCALL
                                  Assistant United States Attorney
                                  Attorneys for Plaintiff
                                  United States of America
                                  Email: Christina.McCall@usdoj.gov

Notice of Appearance
United States v. Victor Alfonso Manzo-Hernandez       2       08cr1725-JAH

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

| UNITED STATES OF AMERICA, | ) | Case No. 08cr1725-JAH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| MIGUEL MENDIOLA-MARTINEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTINA M. McCALL, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Donald A. Nunn
   Nunnd2@sbcglobal.net

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2008.

s/Christina M. McCall
CHRISTINA M. McCALL

Notice of Appearance
United States v. Victor Alfonso Manzo-Hernandez                                                08cr1725-JAH